IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAPTIX INC.,                                     No. C 13-1777 MMC

       Plaintiff,                            **ORDER OF RECUSAL**

  v.

APPLE INC.,

       Defendant.
_____/

      I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

      All pending dates for motions and other pretrial matters are hereby vacated and are to be reset by the newly assigned Judge.

      **IT IS SO ORDERED.**

Dated: May 16, 2013

                                                  MAXINE M. CHESNEY
                                                  United States District Judge