1  Christopher A. Hughes (*pro hac vice*)
2  John T. Moehringer (*pro hac vice*)
   Regina M. Lutz (*pro hac vice*)
3  CADWALADER, WICKERSHAM & TAFT LLP
   One World Financial Center
4  New York, New York 10281
   Phone:  (212) 504-6000
5  Fax: (212) 504-6666
   Christopher.Hughes@cwt.com
6  John.Moehringer@cwt.com
   Regina.Lutz@cwt.com
7

8  *Attorneys for Defendants*
   *AT&T Mobility LLC*
9

                UNITED STATES DISTRICT COURT

            FOR THE NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE


| ADAPTIX, INC., | |
|---|---|
| Plaintiff, | Case No. 5:13-cv-01777-PSG |
| v. | **PROOF OF SERVICE OF RULE 26(a)(1) SUPPLEMENTAL INITIAL DISCLOSURE STATEMENT OF AT&T MOBILITY LLC** |
| APPLE INC. and AT&T MOBILITY LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant AT&T Mobility LLC ("AT&T Mobility") hereby notifies the Court that it has furnished all parties of record in the above-captioned case with its Supplemental Initial Disclosures on July 30, 2013 via electronic mail.

- 1 -

DEFENDANT AT&T MOBILITY LLC'S PROOF OF SERVICE OF RULE 26(A)(1) SUPPLEMENTAL INITIAL DISCLOSURES
CASE NO. 5:13-CV-01777-PSG

| | |
|---|---|
| Dated: July 30, 2013 | Respectfully submitted,<br><br>By: /s/ Christopher A. Hughes<br><br>Christopher A. Hughes (*pro hac vice*)<br>John T. Moehringer (*pro hac vice*)<br>Regina M. Lutz (*pro hac vice*)<br>Cadwalader, Wickersham & Taft LLP<br>1 World Financial Center<br>New York, New York 10281<br>(212) 504-6000<br>(212) 504-6666<br>chris.hughes@cwt.com<br>john.moehringer@cwt.com<br>regina.lutz@cwt.com<br><br>*Attorneys for Defendant*<br>*AT&T Mobility LLC* |

- 2 -

DEFENDANT AT&T MOBILITY LLC'S PROOF OF SERVICE OF RULE 26(A)(1) SUPPLEMENTAL INITIAL DISCLOSURES
CASE NO. 5:13-CV-01777-PSG