# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: September 23, 2014                                    Time in Court: 1 hour & 6 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (5:00 to 6:06)

**TITLE: Adaptix, Inc. v. Apple, Inc., et al.**
**CASE NUMBER**: CV13-01776 PSG
**Related Cases:**
**CV13-01777 PSG–Adaptix, Inc. v. Apple, Inc., et al.**
**CV13-01778 PSG–Adaptix, Inc. v. AT&T, Inc., et al.**
**CV13-01844 PSG–Adaptix, Inc. v. Cellco Partnership, et al.**
**CV13-02023 PSG–Adaptix, Inc. v. Apple, Inc., et al.**
**CV14-01259 PSG–Adaptix, Inc. v. Dell, Inc., et al.**
**CV14-01379 PSG–Adaptix, Inc. v. Amazon.com, Inc., et al.**
**CV14-01380 PSG–Adaptix, Inc. v. Research in Motion Limited, et al.**
**CV14-01385 PSG–Adaptix, Inc. v. Sony Mobile Communications, Inc., et al.**
**CV14-01386 PSG–Adaptix, Inc. v. Research in Motion Limited, et al.**
**CV14-01387 PSG–Adaptix, Inc. v. Research in Motion Limited, et al.**
**CV14-02359 PSG–Adaptix, Inc. v. HTC Corporation, et al.**
**CV14-02360 PSG–Adaptix, Inc. v. HTC Corporation, et al.**
**CV14-02894 PSG–Adaptix, Inc. v. Kyocera Corporation, et al.**
**CV14-02895 PSG–Adaptix, Inc. v. Kyocera Corporation, et al.**
**CV14-03112 PSG–Adaptix, Inc. v. ASUSTeK Computer, Inc., et al.**
**Plaintiff Attorney(s) present:** Christopher Banys, Paul Hayes & Kevin Gannon.
Also present (telephonically): Michael Ercolini & James Foster
**Defendant Attorney(s) present:** Glen Turner, Ronald Lemieux, Fred Williams, Michael Reeder, Rob Cruzen, Mark Selwyn, Craig Davis, Mark Flanagan, Geoff Godfrey, Jennifer Golinveaux, Molly Tullman, Mark McGregory, Doug Kubehl, Gina Bibby, David Eiseman, Sarita Venkat & James Mahon.  Also present: (telephonically): Christopher Hughes, Johnson Kuncheria, Jonathan Hardt & Jennifer Tempesta

## PROCEEDINGS:
### Case Management Conference

Case management conference held.
Case management scheduling order to be issued.

///