*[Counsel for Plaintiff Listed in Signature Block]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br>           Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>           Defendants. | Case No. 5:13-cv-01776-PSG |
| ADAPTIX, Inc.,<br>           Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>           Defendants. | Case No. 5:13-cv-01777-PSG |
| ADAPTIX, Inc.,<br>           Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, *et al.*,<br>           Defendants. | Case No. 5:13-cv-01778-PSG |
| ADAPTIX, Inc.,<br>           Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP *d/b/a*<br>VERIZON WIRELESS, *et al.*,<br>           Defendants. | Case No. 5:13-cv-01844-PSG |
| ADAPTIX, Inc.,<br>           Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>           Defendants. | Case No. 5:13-cv-02023-PSG |

## ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO ADAPTIX, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER 35 U.S.C. § 102(f).

Pursuant to Civil Local Rules 7-11 and 79-5, Adaptix, Inc. ("Adaptix") hereby moves to file under seal Exhibits A, B and C to Adaptix's, Inc.'s Motion for Partial Summary Judgment Under 35 U.S.C. 102 § (f).

As set forth in the accompanying Declaration of Kevin Gannon, these documents may contain confidential business information and therefore should be sealed.

Pursuant to Civil L.R. 79-5(d)(2), a courtesy copy of this filing, including the complete and unredacted versions of Exhibits A, B and C to Adaptix's Motion for Partial Summary Judgment Under 35 U.S.C. § 102(f), will be lodged with the Court and served on counsel for Defendants.

Dated:  September 26, 2014            **ADAPTIX, INC.**


By:   /s/ Paul J. Hayes
Paul J. Hayes (*pro hac vice*)
Kevin Gannon (*pro hac vice*)
Steven E. Lipman (*pro hac vice*)
James J. Foster
**HAYES MESSINA GILMAN HAYES, LLC**
200 State Street, 6th Floor
Boston, MA 02109
phayes@hayesmessina.com
kgannon@hayesmessina.com
slipman@hayesmessina.com
jfoster@hayesmessina.com
Telephone: (617) 439-4200

Christopher D. Banys    SBN: 230038 (California)
Richard C Lin           SBN: 209233 (California)
Jennifer L. Gilbert     SBN: 255820 (California)
**BANYS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, CA 04303
Telephone: (650) 308-8505
Facsimile: (650) 353-2202
Email:  cdb@banyspc.com
Email:  rcl@banyspc.com
Email:  jlg@banyspc.com

*Attorneys for the Plaintiff, ADAPTIX, Inc.*