# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, Inc.,<br>         Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>         Defendants. | Case No.  5:13-cv-01776-PSG |
| ADAPTIX, Inc.,<br>         Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>         Defendants. | Case No.  5:13-cv-01777-PSG |
| ADAPTIX, Inc.,<br>         Plaintiff,<br>v.<br><br>AT&T MOBILITY LLC, *et al.*,<br>         Defendants. | Case No.  5:13-cv-01778-PSG |
| ADAPTIX, Inc.,<br>         Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP *d/b/a*<br>VERIZON WIRELESS, *et al.*,<br>         Defendants. | Case No.  5:13-cv-01844-PSG |
| ADAPTIX, Inc.,<br>         Plaintiff,<br>v.<br><br>APPLE, INC., *et al.*,<br>         Defendants. | Case No.  5:13-cv-02023-PSG |

**<u>DECLARATION OF KEVIN GANNON IN SUPPORT OF PLAINTIFF ADAPTIX, INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBITS A-C UNDER SEAL</u>**

I, Kevin Gannon, declare as follows:

1. I am a partner in the law firm of Hayes Messina Gilman & Hayes, LLC ("HMGH"), attorneys for Plaintiff Adaptix, Inc. ("Adaptix") in the above styled actions.

2. I am competent to testify to the matters stated in this declaration and each of the facts is true and correct to the best of my knowledge.

3. Pursuant to Local Rule 79-5, I submit this declaration in support of Adaptix's Administrative Motion to File Under Seal Exhibits to Adaptix, Inc.'s Motion for Partial Summary Judgment Under 35 U.S.C. 102(f). Exhibits A, B and C contain information that Defendants may consider confidential.

4. Adaptix expects that Defendants will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether the information contained in Exhibits A, B and C should be sealed.

5. Adaptix does not maintain a claim of confidentiality with respect to Exhibits A, B and C.

I declare under the pains and penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of September, 2014 at Boston, Massachusetts.

/s/  Kevin Gannon