1

2

3

4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, Inc.,<br>                    Plaintiff,<br><br>v.<br><br>APPLE, INC., *et al.*,<br>                    Defendants. | Case No.  5:13-cv-01776-PSG |
| ADAPTIX, Inc.,<br>                    Plaintiff,<br><br>v.<br><br>APPLE, INC., *et al.*,<br>                    Defendants. | Case No.  5:13-cv-01777-PSG |
| ADAPTIX, Inc.,<br>                    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, *et al.*,<br>                    Defendants. | Case No.  5:13-cv-01778-PSG |
| ADAPTIX, Inc.,<br>                    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP *d/b/a*<br>VERIZON WIRELESS, *et al.*,<br>                    Defendants. | Case No.  5:13-cv-01844-PSG |
| ADAPTIX, Inc.,<br>                    Plaintiff,<br><br>v.<br><br>APPLE, INC., *et al.*,<br>                    Defendants. | Case No.  5:13-cv-02023-PSG |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

By administrative motion, Plaintiff Adaptix, Inc. ("Adaptix") has filed Adaptix's

Administrative Motion to File Documents Under Seal ("Adaptix's Motion to Seal") in connection

with Exhibits A-C to Adaptix's Motion for Partial Summary Judgment Under 35 U.S.C. 102(f).

Adaptix has filed the Declaration of Kevin Gannon in support of its motion. The Court grants Adaptix's motion to seal the confidential, unredacted version of the aforementioned document as indicated below:

| Document | Portion to be Sealed |
|---|---|
| Exhibit A | Portion identified by Defendants |
| Exhibit B | Portion identified by Defendants |
| Exhibit C | Portion identified by Defendants |

IT IS SO ORDERED.


Dated: _____          _____

PAUL S. GREWAL
United States Magistrate Judge