# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: October 3, 2014                                        Time in Court: 25 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Adaptix, Inc. v. Apple, Inc., et al.**
**CASE NUMBER**: CV13-01777 PSG
**Related Cases:**
**CV13-01778 PSG–Adaptix, Inc. v. AT&T, Inc., et al.**
**CV13-02023 PSG–Adaptix, Inc. v. Apple, Inc., et al.**
**Plaintiff Attorney(s) present:** Christopher Banys.  Also present (telephonically): James Foster
**Defendant Attorney(s) present:** Mark Selwyn.  Also present: (telephonically): Jonathan Hardt, Christopher Hughes, Doug Kubehl & Todd Landis

### PROCEEDINGS:
### Defendant AT&T Mobility LLC's Motion to Strike
### (Dkt. Nos. 328-3 in CV13-01777, 297-3 in -01778 & 304-3 in -02023)

The court denies Defendant's Motion to Strike.

///