*[Counsel Listed In Signature Block]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br> v. <br><br> APPLE INC., *et al.*, <br><br> Defendants. | Case No. 5:13-cv-01776-PSG |
| ADAPTIX, INC., <br><br> Plaintiff, <br> v. <br><br> APPLE INC., *et al.*, <br><br> Defendants. | Case No. 5:13-cv-01777-PSG |
| ADAPTIX, INC., <br><br> Plaintiff, <br> v. <br><br> AT&T MOBILITY LLC, *et al.*, <br><br> Defendants. | Case No. 5:13-cv-01778-PSG |
| ADAPTIX, INC., <br><br> Plaintiff, <br> v. <br><br> CELLCO PARTNERSHIP, *et al.*, <br><br> Defendants. | Case No. 5:13-cv-01844-PSG |
| ADAPTIX, INC., <br><br> Plaintiff, <br> v. <br><br> APPLE INC., *et al.*, <br><br> Defendants. | Case No. 5:13-cv-02023-PSG |

CASE NOS. 5:13-CV-01776; -01777; -01778; -01844; -02023

STIPULATION AND [~~PROPOSED~~] ORDER

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF TIME TO SUBMIT MATERIALS IN SUPPORT OF SEALING DOCUMENTS FILED IN CONNECTION WITH *DAUBERT* AND SUMMARY JUDGMENT BRIEFING**

WHEREAS, on October 24, 2014, Plaintiff Adaptix Inc. ("Adaptix") moved to file documents under seal in connection with Adaptix's oppositions to Defendants' *Daubert* motions;

WHEREAS, the current deadline to submit a declaration or other materials in support of sealing documents filed in connection with Adaptix's oppositions is October 28, 2014;

WHEREAS, the current deadline for the parties to submit replies, if any, in support of summary judgment and *Daubert* motions is October 31, 2014;

WHEREAS, the current deadline to submit a declaration or other materials in support of sealing documents filed in connection with the replies, if any, in support of summary judgment and *Daubert* motions is November 4, 2014;

WHEREAS, the parties' counsel agree to extend until November 11, 2014 the deadline for any declarations or other materials in support of sealing documents filed in connection with Adaptix's oppositions to Defendants' *Daubert* motions and the parties' replies regarding their summary judgment and *Daubert* motions; and

WHEREAS, this stipulation and the corresponding extension of time will not require altering any other deadlines presently on calendar in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that, subject to the Court's approval, the deadline for submitting materials in support of sealing documents filed in connection with Adaptix's oppositions to Defendants' *Daubert* motions and the parties' replies regarding their summary judgment and *Daubert* motions shall be extended to November 11, 2014.

Dated: October 28, 2014            /s/ Paul J. Hayes
                                   Paul J. Hayes (admitted *pro hac vice*)
                                   phayes@hayesmessina.com
                                   Kevin Gannon (admitted *pro hac vice*)
                                   kgannon@hayesmessina.com
                                   Steven E. Lipman (admitted *pro hac vice*)
                                   slipman@hayesmessina.com
                                   HAYES MESSINA GILMAN & HAYES LLC
                                   200 State Street
                                   Boston, MA 02109

| | |
|---|---|
| 1 | Telephone: (617) 439-4200 |
| | Facsimile: (617) 443-1999 |
| 2 | |
| | Christopher D. Banys (SBN 230038) |
| 3 | cdb@banyspc.com |
| | Richard C. Lin (SBN 209233) |
| 4 | rcl@banyspc.com |
| | BANYS, P.C. |
| 5 | 1032 Elwell Court, Suite 100 |
| | Palo Alto, CA 94303 |
| 6 | Telephone: (650) 308-8505 |
| | Facsimile: (650) 353-2202 |
| 7 | |
| | *Attorneys for Plaintiff Adaptix, Inc.* |
| 8 | |
| 9 |   */s/ Mark D. Selwyn*_____ |
| | Mark D. Selwyn (SBN 244180) |
| 10 | mark.selwyn@wilmerhale.com |
| | Craig E. Davis (SBN 221356) |
| 11 | craig.davis@wilmerhale.com |
| | Andrew L. Liao (SBN 271219) |
| 12 | andrew.liao@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| 13 |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| 14 | Palo Alto, CA 94304 |
| | Telephone: (650) 858-6000 |
| 15 | Facsimile: (650) 858-6100 |
| 16 | Jonathan L. Hardt (admitted *pro hac vice*) |
| | jonathan.hardt@wilmerhale.com |
| 17 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 18 | 1875 Pennsylvania Ave. NW |
| | Washington, D.C. 20006 |
| 19 | Telephone: (202) 663-6000 |
| | Facsimile: (202) 663-6363 |
| 20 | |
| | *Attorneys for Defendant and* |
| 21 | *Counterclaim-Plaintiff Apple Inc.* |
| 22 | |
| | */s/ Geoffrey M. Godfrey* |
| 23 | Mark D. Flanagan (SBN 130303) |
| | mark.flanagan@wilmerhale.com |
| 24 | Robert M. Galvin (SBN 171508) |
| | robert.galvin@wilmerhale.com |
| 25 | Geoffrey M. Godfrey (SBN 228735) |
| | geoff.godfrey@wilmerhale.com |
| 26 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 27 | 950 Page Mill Road |
| | Palo Alto, CA 94303 |
| 28 | Telephone: (650) 858-6000 |

Facsimile: (650) 858-6100

*Attorneys for Defendant and Counterclaim-Plaintiff Cellco Partnership d/b/a Verizon Wireless*

*/s/ Fred I. Williams*
Fred I. Williams (admitted *pro hac vice*)
fwilliams@akingump.com
AKIN GUMP STRAUSS HAUER
  & FELD LLP
300 West 6th Street, Suite 1900
Austin, TX 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

Teresa W. Ghali (SBN 252961)
tghali@akingump.com
AKIN GUMP STRAUSS HAUER
  & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9510

*Attorneys for Defendants AT&T Mobility LLC, HTC Corporation, and HTC America, Inc.*

*/s/ Christopher A. Hughes*
Christopher A. Hughes (admitted *pro hac vice*)
Christopher.Hughes@cwt.com
John T. Moehringer (admitted *pro hac vice*)
John.Moehringer@cwt.com
Regina M. Lutz (admitted *pro hac vice*)
Regina.Lutz@cwt.com
CADWALADER WICKERSHAM
  & TAFT L.L.P.
1 World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

David Clonts (admitted *pro hac vice*)
dclonts@akingump.com
AKIN GUMP STRAUSS HAUER
  & FELD LLP
1111 Louisiana Street, 44th floor
Houston, TX 77002
Telephone: (713) 220-5886
Facsimile: (713) 236-0822

Douglas M. Kubehl (admitted *pro hac vice*)
doug.kubehl@bakerbotts.com

3

Kurt M. Pankratz (admitted *pro hac vice*)
kurt.pankratz@bakerbotts.com
Jonathan B. Rubenstein (admitted *pro hac vice*)
jonathan.rubenstein@bakerbotts.com
James C. Williams (admitted *pro hac vice*)
james.williams@bakerbotts.com
Johnson Kuncheria (admitted *pro hac vice*)
johnson.kuncheria@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Bryant C. Boren, Jr.
bryant.c.boren@bakerbotts.com
Jon V. Swenson
jon.swenson@bakerbotts.com
Gina A. Bibby
gina.bibby@bakerbotts.com
BAKER BOTTS L.L.P
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

Jennifer C. Tempesta (admitted *pro hac vice*)
jennifer.tempesta@bakerbotts.com
BAKER BOTTS L.L.P
30 Rockefeller Plaza
45th Floor
New York, NY 10112
Telephone: (212) 408-2571
Facsimile: (212) 259-2571

*Attorneys for Defendant
AT&T Mobility LLC*

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the attorneys signing above for plaintiff Adaptix, Inc., defendants Apple Inc., AT&T Mobility LLC, HTC Corporation, HTC America, Inc. and Cellco Partnership d/b/a Verizon Wireless attest that they have each obtained the concurrence of the other for purposes of filing these papers on behalf of the respective parties in coordinated Case Nos. 5:13-cv-1776, 5:13-cv-1777, 5:13-cv-1778, 5:13-cv-1844, and 5:13-cv-02023.

1  Pursuant to Stipulation, it is so ORDERED.

3  Dated: __October 29__, 2014

*Paul S. Grewal*
Hon. Paul S. Grewal
United States Magistrate Judge