# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: October 29, 2014					Time in Court: 17 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

---

**TITLE:** Adaptix, Inc. v. Apple, Inc., et al.
**CASE NUMBER**: CV13-01777 PSG
**Related Cases:**
**CV13-01778 PSG–Adaptix, Inc. v. AT&T, Inc., et al.**
**CV13-02023 PSG–Adaptix, Inc. v. Apple, Inc., et al.**
**Plaintiff Attorney(s) present:** Jennifer Gilbert.  Also present (telephonically): Michael Ercolini
**Defendant Attorney(s) present:** Fred Williams. Also present (telephonically): Jonathan Hardt, Christopher Hughes & Mark Selwyn

---

## PROCEEDINGS:
**Plaintiff Adaptix, Inc.'s Motion to Compel Defendant AT&T to Produce Other Action Documents**
**(Dkt. No 386 in CV13-01777, Dkt. No. 342 in -01778 & Dkt. No. 358 in -02023)**

The court denies Plaintiff's Motion to Compel.

///