UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: November 4, 2014                                    Time in Court: 3 hour & 56 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Adaptix, Inc. v. Apple, Inc., et al.**
**CASE NUMBER**: **CV13-01776 PSG**
**RELATED CASES:**
**CV13-01777 PSG**–*Adaptix, Inc. v. Apple, Inc., et al.*
**CV13-01778 PSG**–*Adaptix, Inc. v. AT&T, Inc., et al.*
**CV13-01844 PSG**–*Adaptix, Inc. v. Cellco Partnership, et al.*
**CV13-02023 PSG**–*Adaptix, Inc. v. Apple, Inc., et al.*
Plaintiff Attorney(s) present: Christopher Banys, Paul Hayes & James Foster.
Defendant Attorney(s) present: Mark Selwyn, Jonathan Hardt, Craig Davis, Fred Williams, Todd Landis, Michael Reeder, Geoff Godfrey, Mark Flanagan, Cortney Hoecherl, Douglas Kubehl, Jonathan Rubenstein & Michael Powell.  Also present (telephonically): Christopher Hughes, Kurt Pankratz & Jennifer Tempesta.

**PROCEEDINGS:**
**1.)** Plaintiff's Motion for Partial Summary Judgment (Dkt. Nos. 307 in CV13-01776, 333 in -01777, 302 in -01778, 285 in -01844 & 309 in -02023)
**2.)** Defendants' Motion for Summary Judgment of Invalidity (Dkt. Nos. 309 in CV13-01776, 335 in -01777, 304 in -01778, 286 in –01844 & 311 in -02023)
**3.)** Defendant Verizon's Motion for Summary Judgment of Non-Infringement (Dkt. Nos. 311 in CV13-01776 & 288 in -01844)
**4.)** Defendants HTC America Inc. & HTC Corporation's Motion for Summary Judgment of No Direct Infringement (Dkt. Nos. 305-3 in CV13-01778 & 289-3 in -01844)
**5.)** Defendant Apple, Inc.'s Motion for Summary Judgment of Non-Infringement (Dkt. Nos. 313 in CV13-01776, 337 in -01777 & 313 in -02023)
**6.)** Defendants' Motion for Summary Judgment of Non-Infringement: No "Selecting a Set of Candidate Subcarriers" (Dkt. Nos. 315 in CV13-01776, 340 in -01777, 307 in -01778, 291 in -01844 & 316 in -02023)
**7.)** Defendant Apple, Inc. & Verizon Wireless's Daubert Motion to Exclude Testimony of Philip Green (Dkt. Nos. 327 in CV13-01776, 368 in -01777 & 340 in -02023)
**8.)** Defendant AT&T Mobility's Motion for Summary Judgment of No Direct Infringement (Dkt. Nos. 339 in CV13-01777, 303-3 in -01778 & 315 in -02023)
**9.)** Defendants AT&T, HTC & Verizon's Motion to Strike & Exclude the Opinions & Testimony of Philip Green (Dkt. Nos. 369 in CV13-01777, 329 in -01778, 300 in -01844 & 342 in -02023)

The court takes matters under submission; written order to be issued.   ///