UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>        Plaintiff,<br>  v.<br><br>APPLE INC., *et al.*,<br><br>        Defendants. | Case No. 5:13-cv-01777-PSG |
| ADAPTIX, INC.,<br><br>        Plaintiff,<br>  v.<br><br>APPLE INC., *et al.*,<br><br>        Defendants. | Case No. 5:13-cv-02023-PSG |

## [~~PROPOSED~~] FINAL JUDGMENT

The Court enters final judgment in favor of defendants Apple Inc. and AT&T Mobility LLC and against plaintiff Adaptix, Inc. ("Adaptix") on all of Adaptix's claims for infringement of U.S. Patent No. 7,454,212 ("'212 patent") and U.S. Patent No. 6,947,748 ("'748 patent"). Plaintiff shall take nothing by way of its complaints.

In addition, claims 9 and 10 of the '212 patent and claims 8 and 9 of the '748 patent are adjudged invalid. Defendants' counterclaims with respect to all other patent claims of the '212 patent and '748 patent are hereby dismissed without prejudice.

Dated: __February 2__, 2015

                                            */s/ Paul S. Grewal*
                                            Hon. Paul S. Grewal
                                            United States Magistrate Judge