*[Counsel Listed In Signature Block]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., *et al.*, <br><br> Defendants. | Case No. 5-13-cv-01776-PSG |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., *et al.*, <br><br> Defendants. | Case No. 5-13-cv-01777-PSG |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, *et al.*, <br><br> Defendants. | Case No. 5-13-cv-01778-PSG |
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.*, <br><br> Defendants. | Case No. 5-13-cv-01844-PSG |

CASE NOS. 5:13-cv-01776, -01777, -01778, -01844, -02023

DEFENDANTS' MOTION TO SEAL REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES

| | |
|---|---|
| ADAPTIX, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> APPLE INC., *et al.*, <br><br>          Defendants. | Case No. 5-13-cv-02023-PSG |

### DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES <u>PURSUANT TO 35 U.S.C. § 285</u>

Pursuant to Civil Local Rules 7-11 and 79-5, defendants Apple Inc. ("Apple"), HTC America, Inc., HTC Corporation (collectively "HTC"), AT&T Mobility LLC ("AT&T"), and Cellco Partnership d/b/a Verizon Wireless ("Verizon") (collectively "Defendants") hereby move to file under seal highlighted versions of Defendants' Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 ("Defendants' Motion for Fees"), the Declarations of Bryant C. Boren, Jr., and Christopher A. Hughes, and Exhibits 1 and 6-14 in support of Defendants' Motion for Fees. As set forth in the accompanying declarations of Craig E. Davis, Michael B. Powell, and S. Dennis Wang, the highlighted portions of those documents contain Defendants' confidential information and/or information that plaintiff Adaptix, Inc. ("Adaptix") may claim to be confidential.

A copy of this filing, including highlighted versions of the above-mentioned documents, will be served on counsel for Adaptix.

Dated: February 17, 2015       */s/ Mark D. Selwyn*_____
                               Mark D. Selwyn (SBN 244180)
                               mark.selwyn@wilmerhale.com
                               Craig E. Davis (SBN 221356)
                               craig.davis@wilmerhale.com
                               Andrew L. Liao (SBN 271219)
                               andrew.liao@wilmerhale.com
                               WILMER CUTLER PICKERING
                                 HALE AND DORR LLP
                               950 Page Mill Road
                               Palo Alto, CA 94304
                               Telephone: (650) 858-6000
                               Facsimile: (650) 858-6100

| | |
|---|---|
| 1 | |
| 2 | Jonathan L. Hardt (admitted *pro hac vice*)<br>jonathan.hardt@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| 4 | 1875 Pennsylvania Ave. NW<br>Washington, D.C. 20006 |
| 5 | Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363 |
| 6 | *Attorneys for Defendant and* |
| 7 | *Counterclaim-Plaintiff Apple Inc.* |
| 8 | */s/ Mark D. Flanagan* |
| 9 | Mark D. Flanagan (SBN 130303)<br>mark.flanagan@wilmerhale.com |
| 10 | Robert M. Galvin (SBN 171508)<br>robert.galvin@wilmerhale.com |
| 11 | Geoffrey M. Godfrey (SBN 228735)<br>geoff.godfrey@wilmerhale.com |
| 12 | Cortney C. Hoecherl (SBN 245005)<br>cortney.hoecherl@wilmerhale.com |
| 13 | S. Dennis Wang (SBN 261296)<br>dennis.wang@wilmerhale.com |
| 14 | WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| 15 | 950 Page Mill Road<br>Palo Alto, CA 94303 |
| 16 | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 17 | *Attorneys for Defendant and Counterclaim-Plaintiff* |
| 18 | *Cellco Partnership d/b/a Verizon Wireless* |
| 19 | */s/ Fred I. Williams* |
| 20 | Fred I. Williams (admitted *pro hac vice*)<br>fwilliams@akingump.com |
| 21 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>600 Congress Avenue, Suite 1350 |
| 22 | Austin, TX 78701<br>Telephone: (512) 499-6200 |
| 23 | Facsimile: (512) 499-6290 |
| 24 | James L. Duncan, III (admitted *pro hac vice*)<br>jduncan@akingump.com |
| 25 | Michael F. Reeder, II (admitted *pro hac vice*)<br>mreeder@akingump.com |
| 26 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana St., 44th Floor |
| 27 | Houston, TX 77002<br>Telephone: (713) 220-5800 |
| 28 | Facsimile: (713) 236-0822 |

|   |   |
|---|---|
| 1 | |
| 2 | Jayant K. Tatachar (admitted *pro hac vice*) |
|   | jtatachar@akingump.com |
| 3 | AKIN GUMP STRAUSS HAUER & FELD LLP |
|   | 1700 Pacific Avenue, Suite 4100 |
|   | Dallas, TX 75201 |
| 4 | Telephone: (214) 969-2800 |
|   | Facsimile: (214) 969-4343 |
| 5 | |
| 6 | Danielle C. Ginty (SBN 261809) |
|   | dginty@akingump.com |
|   | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 7 | 580 California Street, Suite 1500 |
|   | San Francisco, CA 94104 |
| 8 | Telephone: (415) 765-9500 |
|   | Facsimile: (415) 765-9510 |
| 9 | |
|   | *Attorneys for Defendants AT&T Mobility LLC,* |
| 10 | *HTC Corporation and HTC America, Inc.* |
| 11 | |
|   | */s/ Christopher A. Hughes* |
| 12 | Christopher A. Hughes (admitted *pro hac vice*) |
|   | Christopher.Hughes@cwt.com |
| 13 | John T. Moehringer (admitted *pro hac vice*) |
|   | John.Moehringer@cwt.com |
| 14 | Regina M. Lutz (admitted *pro hac vice*) |
|   | Regina.Lutz@cwt.com |
| 15 | CADWALADER WICKERSHAM |
|   |   & TAFT L.L.P. |
| 16 | 1 World Financial Center |
|   | New York, NY 10281 |
| 17 | Telephone: (212) 504-6000 |
|   | Facsimile: (212) 504-6666 |
| 18 | |
|   | David R. Clonts (admitted *pro hac vice*) |
| 19 | dclonts@akingump.com |
|   | Ashley Edison Brown (admitted *pro hac vice*) |
| 20 | ambrown@akingump.com |
|   | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 21 | 1111 Louisiana St., 44th Floor |
|   | Houston, TX 77002 |
| 22 | Telephone: 713.220.5800 |
|   | Facsimile:  713.236.0822 |
| 23 | |
|   | Douglas M. Kubehl (admitted *pro hac vice*) |
| 24 | doug.kubehl@bakerbotts.com |
|   | Kurt M. Pankratz (admitted *pro hac vice*) |
| 25 | kurt.pankratz@bakerbotts.com |
|   | Jonathan B. Rubenstein (admitted *pro hac vice*) |
| 26 | jonathan.rubenstein@bakerbotts.com |
|   | James C. Williams (admitted *pro hac vice*) |
| 27 | james.williams@bakerbotts.com |
|   | Johnson Kuncheria (admitted *pro hac vice*) |
| 28 | |

johnson.kuncheria@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Bryant C. Boren, Jr.
bryant.c.boren@bakerbotts.com
Jon V. Swenson
jon.swenson@bakerbotts.com
Gina A. Bibby
gina.bibby@bakerbotts.com
BAKER BOTTS L.L.P
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

Jennifer C. Tempesta (admitted *pro hac vice*)
jennifer.tempesta@bakerbotts.com
BAKER BOTTS L.L.P
30 Rockefeller Plaza
45th Floor
New York, NY 10112
Telephone: (212) 408-2571
Facsimile: (212) 259-2571

*Attorneys for Defendant*
*AT&T Mobility LLC*

### **ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Civil Local Rule 5-1(i)(3), the attorneys signing above for defendants Apple Inc., AT&T Mobility LLC, HTC America, Inc., HTC Corporation, and Cellco Partnership d/b/a Verizon Wireless attest that they have each obtained the concurrence of the other for purposes of filing these papers in coordinated Case Nos. 5:13-cv-01776-PSG, 5:13-cv-01777-PSG, 5:13-cv-01778-PSG, 5:13-cv-01844-PSG, and 5:13-cv-02023-PSG.

CASE NOS. 5:13-cv-01776, -01777, -01778, -01844, -02023    DEFENDANTS' MOTION TO SEAL REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on February 17, 2015 on counsel of record for Adaptix, Inc.

            */s/ Mark D. Selwyn*
            Mark D. Selwyn